O

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Cheryl Patterson, et.al., and all others similarly situated,<br><br>**Plaintiffs**<br><br>-vs-<br><br>Michael J. Sheehan, in his official capacity as Sheriff of Cook County, Illinois, the County of Cook, a unit of local Government, et.al.<br><br>**Defendants** | )<br>)<br>)<br>)<br>) **Case No. 01 C 9557**<br>) **Judge Hibbler**<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

DEC 2 9 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**

JAN 1 2 2004

Plaintiffs, through their Counsel, ANDREOU & CASSON, LTD., respectfully move to voluntary dismiss Defendants Joseph Ranzino, William Pellegrini, Thomas Fitzgerald, Joseph Logue Michael Ricci and Kenneth Tworek. In support, Plaintiffs state as follows:

1. On December 11, 2003, Plaintiffs' counsel sent Defendants counsel a letter proposing a Joint Stipulation to dismiss Defendants Joseph Ranzino, William Pellegrini, Thomas Fitzgerald, Joseph Logue Michael Ricci and Kenneth Tworek. (See Attached Ex. A.)

2. As of the filing of this Motion, Defendants have not responded to this request.

3. On December 12, 2003 the Defendants filed a Motion to Dismiss Michael Ricci.

4. Thus, pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiffs seek leave to voluntarily dismiss Defendants Joseph Ranzino, William Pellegrini, Thomas Fitzgerald, Joseph Logue Michael Ricci and Kenneth Tworek.

WHEREFORE, for the above stated reasons, Plaintiffs respectfully request leave to voluntarily dismiss Defendants Joseph Ranzino, William Pellegrini, Thomas Fitzgerald, Joseph Logue Michael Ricci and Kenneth Tworek from Plaintiffs' Third Amended Complaint.

1

Respectfully submitted,

By: _____
One of Plaintiffs' Attorneys

Luke A. Casson, Esq.
ANDREOU & CASSON, LTD.
332 South Michigan, Suite 1144
Chicago, Illinois 60604
(312) 935-2000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Cheryl Patterson, Jeffrey Antone, Samuel Scaife, )
Bernard Littleton, Martin Schaeffer, Darlene James and )
Rosa Price, and all others similarly situated, )
)
        Plaintiffs )
) Case No. 01 C 9557
-vs- ) Judge Hibbler
)
Michael J. Sheehan, in his official capacity as Sheriff of )
Cook County, Illinois, the County of Cook, a unit of local )
Government, et.al. )
)
        Defendants )

## NOTICE OF MOTION

TO:    MAUREEN FEERICK
          Assistant States Attorney
          500 Daley Center
          Chicago, Illinois 60602
          (312) 603-3369

Please take notice that on **WEDNESDAY, JANUARY 7, 2003** at **9:30a.m.** I will appear before the Honorable Judge Hibbler, or any other judge sitting in his/her stead in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **MOTION FOR VOLUNTARY DISMISSAL**, a copy of which is hereby served upon you.

Luke A. Casson
Andreou & Casson, Ltd.
332 South Michigan Ave., Suite 1144
Chicago, Illinois 60604
(312) 935-2000

## PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that the attached documents were sent to the designated attorneys by depositing same in the U.S. Mail at Chicago, Illinois, 60604, before 5:00 p.m., with proper postage prepaid on this **29TH day of DECEMBER, 2003.**



                                                                             Luke A. Casson